# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TONY NGUYEN,<br><br>    Plaintiff,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>    Defendants. | Case No.: 2:21-cv-00134-GMN-NJK<br><br>**ORDER** |

Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case. Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c). Plaintiff has not done so. *See* Docket. Accordingly, Plaintiff must file a certificate of interested parties no later than March 4, 2021.

IT IS SO ORDERED.

Dated: February 18, 2021

_____
Nancy J. Koppe
United States Magistrate Judge