# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TONY NGUYEN,<br><br>    Plaintiff,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>    Defendants. | Case No.: 2:21-cv-00134-GMN-NJK<br><br>**ORDER**<br><br>[Docket No. 5] |

Pending before the Court is Andrew Weiss', on behalf of Defendant Law Offices of Andrew Weiss, motion to be permitted to file electronically. Docket No. 5. For good cause shown, Mr. Weiss' motion is **GRANTED** subject to the following:

- No later than March 4, 2021, Mr. Weiss must file a certification that he has completed the CM/ECF tutorial and is familiar with the Electronic Case Filing Procedures and the Civil Menu E-Filing Categories and Events.[1]
- Mr. Weiss is not authorized to file electronically until said certification is filed within the timeframe specified above.
- Upon timely filing of the certification, Mr. Weiss shall contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

IT IS SO ORDERED.

Dated: February 18, 2021

                                                  Nancy J. Koppe
                                                  United States Magistrate Judge

---

[1] Mr. Weiss submits that he is currently authorized to use the CM/ECF electronic filing systems in the United States District Court for the Central District of California, the United States Bankruptcy Courts for the Northern and Central Districts of California, and the United States Court of Appeals for the Ninth Circuit. Docket No. 5 at 1. However, Mr. Weiss fails to include any document certifying that he has completed the CM/ECF tutorial and is familiar with filing electronically in this Court. The tutorial, Electronic Case Filing Procedures, and Civil Menu E-Filing Categories and Events can all be found at https://www.nvd.uscourts.gov/e-filing-permission/.