Name : Tony Nguyen

9902 PO BOX Nellis Air Force Base , NV 89191

Phone 18883988873
Fax number
Email  airforcelawcenter.org@gmail.com



# US DISTRICT COURT
# DISTRICT OF NEVADA

|  |  |
|---|---|
| Tony Nguyen,on behalf himself and the Interests of the United States of America . | ) ) ) ) ) **Case 2:21-cv-00134-GMN-NJK** |
|  | ) |
|  | ) **OPPOSITION ON  DEFENDANT LAW** |
|  | ) **OFFICES OF ANDREW WEISS 'S MOTION TO** |
| Plaintiff | ) **DISMISS AND PRELIMINARY INJUNCTION.** |
|  | ) |
| vs. | ) **NOTICE OF WEISS INTENTIONALLY** |
| ISLAMIC REPUBLIC OF IRAN, | ) **SUBMITTED  FALSE FEDERAL-MILITARY** |
| LAW OFFICES of ANDREW WEISS | ) ** OR COURT RECORDS .** |
| LAW OFFICES OF HOANG HUY TU | ) **NOTICE OF NO -SERVING MOTION ON** |
| THIEN TRAN and HIS GANG (AGENTS OF SOCIALIST REPUBLIC OF VIETNAM) | ) **DOCKET 8,9 OF WEISS FILINGS .** |
| NGOC BICH NGUYEN ( AN AGENT OF SOCIALIST REPUBLIC OF VIETNAM). | ) **OBJECTIONS .** |
| BICH AN NGUYEN ( AN AGENT OF SOCIALIST REPUBLIC OF VIETNAM). |  |
| MOHAMED MANASTRA ( AN AGENT OF IRAN ISLAMIC MILITARY GUARD ) |  |
| ATIR MANASTRA ( AN AGENT OF IRAN ISLAMIC MILITARY GUARD). |  |
| HAI TRUNG HOANG ( AN AGENT OF SOCIALIST REPUBLIC OF VIETNAM ) |  |
| Does 1-10 |  |
| Defendants. |  |

1

**.TO: THE COURT AND ALL PARTIES OF RECORD**
From reviewing Pacer Dockets of this case dated 02/18/2021, It came to Plaintiff's oppostion on WEISS's claim that this COURT do not have Authorities on this case .IT IS TOTALLY WRONG because this cases remedies under Federal Questions :

**1/ REMEDIES UNDER 34 U.S. Code § 20144.**
**Justice For United States Victims Of State Sponsored Terrorism.**

**2/REMEDIES UNDER HATE CRIMES ACTS .**
Also , Actions of FRAUD and Abuse of Process were formed since WEISS and his gang committing many criminal acts were documented in Many Criminal Cases on reports on pending proceedings.

Also, These criminal incidents included attempted murder happened in US icluded NEVADA,CA , Oversea as well as Plaintiff lived and worked in NEVADA as a Disabled Vet and A Senior Advisor of Deparmen of Defense and with Nellis Air Force and VA Community in State of NEVADA .
( see EXHIBITS Nevada DMV indicated my Address in Nellis Air Force base).

Also ,On 02/28/2021 , After I saw Falsifiled -Fake records from WEISS's  submitting on PACER of this case , I called FBI and DOJ .
 They advised to call Local Police of WEISS's business  and submitted  EVIDENCEs after I reviewed on PACER DOCKET  that Defendant Andrew Weiss intentionally submit False Federal Records , included **FAKE-Untrue Records** assumed to belonged  Plaintiff Tony Nguyen .After checking with US  Department of Defense personnel Center and other Court Records, They confirmed there was No any current records like that FAKE records or NO any authorized person can post such records to submit in somewhere in **Court Public system** at this time .Besides, This  is **a criminal matter when a private person intentionally posted on  the Court Documents system a Military Record( Under Privacy act 1974 and based on Federal laws on Classified National Defense and foreign Relations Information )**.
As Consequence, the Local Police filed criminal charges against him included Falsifiled-UNtrue Records -Military Records to submit in Court under Penalty of PERJURY and Death Threats as well . Case #21-007034 ( Orange County CA -Sheriff : 949-770-6011.)

In fact , **Plaintiff honorably served as a Disabled Military Officer and is serving with his leadership ranking and top secret clearance works , He got Authorities to sponsor many Military Personnels  or Federal Agents can get in the "TOP SECRET" Air Force Base like Nellis AFB ( Largest Nuclear Weapon Base)** that he is working and doing many Businesses with Nellis AFB Community  and many Military Bases around NEVADA and other States as well as is being medically treated with VA Medical and Military Community from his Military Injuries and Injuries caused by these Criminal Defendants in This Case .

In fact , The Military Serious Injuries caused many limits to Plaintiff to prosecute these criminal gangs from agents of Vietnamese Communist Government and connected with IRAN Agents and Government . **In 2016, 2018 , 02 Volunteered Lawyers from Plaintiff 's Military Charity were deathly  threatned By WEISS to let them left Plaintiff's  cases for WEISS can took advantages on his gang in attempting to save his gang our of US Criminal Justice Systems .After such point until now , they set up many attempted murder cases and FRAUD in Nevada , Southern California**

3

and oversea .

In past , Plaintiff **warned this Legal Practitioner ( as an agent of VN communist connected with IRAN Agents as well ) many times from his Fraudulent conducts to submit false records that he claimed they belonged Plaintiff** .In fact , IT IS UNTRUE as Plaintiff still served and serving with Department of Defense with **highest HONOR in many positions** in many components of DOD and was awarded one of **highest MEDAL from US PRESIDENT** .

Plaintiff was serving and is serving as a Distinguish Military veteran-officer ( "Distinguish term" for someone served in Military and having highest Honor from US Government )**regconized  by not only US Government but also by State Goverments as well  as from HARVARD UNIVERSITY** (see EXHIBITS  ) as an Honor , Senior Member of US Air Force and serving with many components of US Department of Defense .
As under National Security Law issues , However , Plaintiff can only disclose such **general information as he can sponsor 04 Military Personnnels into NELLIS AFB as a US Nuclear Weapon Center with highest Top Secret Clearance** .

At this time , Plaintiff requested **Department of Justice and FBI to investigate this matter** .( SEE EXHIBITS -EMAILS to him ).
In fact , Defendant Weiss was charged with many criminal conducts included incident 2007 **from stolen money $100k  from his Clients**  (EXHIBITS-Records of  State Bar Court California ) and from such times and later , **he is only living by becoming an  agent of many Criminal Suspects as Vietnamese Communist Agents connected with IRAN Agents to harm US Military and US Interests** .
In 2016 , 04/2017 , 04/2019 and later , He , His Boss HOANG HUY TU Esq , Bryan Elkerton Esq was in Criminal Investiagtion when made up many FAKE Court records by the District Attorney Office of Los Angeles co-operating with State Bar of California .
Defendant WEISS **was arrested in 2017 when he set up a meeting at his  office and assaulted Plaintiff** , let Plaintiff hands were broken and transferred to ER of Military -VA Medical Center . (EXHIBITS ) .
Plaintiff did not owe or loss any cases from of ANDREW WEISS or his gang except **" DEFAULT"** by FRAUDULENT CONDUCTS OF this Criminal-FRAUD  mindset named WEISS .It was on the way to set aside " DEFAULT " ( see EXHIBITs ) .
 Thien Tran is **member of his gang( TRAN was arrested in 1992 from Burglary in California )**  and was arrested as Police Report 21-021472 from deathly attacked by weapon let Tony Nguyen was in Emergency Room of VA -Military veterans center 1 days and was treated later.

Therefore ,Plaintiff respectfully request this Court impose sanctions against ANDREW WEISS as below :
1/ **Strike and Striken docket number 09** of this case from FRAUD and intentionally misleading the Court under Penalty of Perjury .( **see CDR Creances SAS .vs Cohen** )
2/ **Impose $ 20,000 from repeatly sumitted EXHIBITS included FAKE records** that he was warned many times before  to distracting the Court under Pelnalty of Perjury .
3/ **Request WEISS must be presented by a NEVADA Licensed Attorney** got clean records to present him this cases .
4/ **Forward the criminal conducts** to Department of Justice and Federal Grand Jury for further criminal prosecutions .

4

And proper sanctions as well .

On 02/22/2021, Please take note that Plaintiff called to this Court Clerk and FBI to open criminal proceedings on this issue at number 702-464-5490 and 702-464-5550 after emailed to FBI and National Security Division of US Deparment of Justice as well as notice to Defendant Andrew Weiss to consult a lawyer on his criminal conducts .

Therefore , Plaintiff respectfully request The Court DENY the MOTION TO DISMISS OR MOTION FOR PREMILITARY INCJUNTIONS and  impose proper sanction against Defendant **Andrew  Duff Weiss with attached EXHIBITS and AUTHORITIES-REQUEST FOR JUDICIAL NOTICE** .

Respectfully submitted ,

Plaintiff Tony Nguyen .

# DECLARATION

I, Tony Nguyen , declare as follows:

1. I am Plaintiff , crime victims of attempted murder from My Military Law works to advocate and protect US Military and our great nation as a Disabled Veteran,member of Department of Defense and other federal agencies and current Senior Advisor for some components of US Department of Defense and other Federal Agencies on Law, CyberSpace , Engineering and Trainings . I am also Director of US Military Support Investigation Group got one of address at Nellis Air Force Base ,Nevada and nationwide .I am current on Medical Leave from Medical treatments caused from Defendants Attempted Murder , Abuse of Process and Frauds of Defendants in this case .

2. I am duly admitted to practice LEGAL INVESTIGATIONS related with National Security and Counter Terrorism -Counter Intelligence at US District Court ,State Court and US Military Court .I got over 08 Degrees from BSc. to Doctorate from Honor Scholarships as well as President HARVARD Alumni of USAF-DOD-DOJ with highest Medal from US president form my service to support to US Military . I am representing myself and interests of the United of States of America and VA to support disabled Veterans and whom fallen for our great country by the remedies of this cases against agents of Vietnam Communist Government connected with Iran Proxy groups were trained and operated in Vietnam and around the world .

I make this declaration in support to my case on the Facts , Findings and Damages .

3.If called as a witness in this proceeding I could and would competently testify to the following facts, all of which are known to me personally.

**Filed here with as Exhibit 1 is a true and correct copy of HARVARD Records shown Doe is President of HARVARD Alumni of USAF-DOD-DOJ and got a lot Education Achivements from got over 08 Degrees from BSc to Doctorate with Honor Scholarship and served Honor in US Military included USAF and other Military Branches .He was awarded one of Highest Award from White House -US President Life time Achivement Medals from his Service to US Military and American Community .**

From reviewing Pacer Dockets of this case dated 02/18/2021, It came to Plaintiff's attentions that Defendant Andrew Weiss intentionally submit False Federal Records , included **FAKE-Untrue Records** assumed to belonged Plaintiff Tony Nguyen .After checking with US Department of Defense personnel Center and other Court Records, They confirmed there was No any current records like that FAKE records or NO any authorized person can post such records to submit in somewhere in **Court Public system** at this time .Besides, This is **a criminal matter when a private person intentionally posted on the Court Documents system a Military Record( Under Privacy act 1974 and based on Federal laws on Classified National Defense and foreign Relations Information )**.

As Consequence, the Local Police filed criminal charges against him included Falsifiled-UNtrue Records -Military Records to submit in Court under Penalty of PERJURY and Death Threats as well . Case #21-007034 ( Orange County CA -Sheriff : 949-770-6011.)

6

In fact , **Plaintiff honorably served as a Disabled Military Officer and is serving with his leadership ranking and top secret clearance works , He got Authorities to sponsor many Military Personnels  or Federal Agents can get in the "TOP SECRET" Air Force Base** like **Nellis AFB ( Largest Nuclear Weapon Base)** that he is working and doing many Businesses with Nellis AFB Community  and many Military Bases around NEVADA and other States as well as is being medically treated with VA Medical and Military Community from his Military Injuries and Injuries caused by these Criminal Defendants in This Case .

In fact , The Military Serious Injuries caused many limits to Plaintiff to prosecute these criminal gangs from agents of Vietnamese Communist Government and connected with IRAN Agents and Government . **In 2016, 2018 , 02 Volunteered Lawyers from Plaintiff 's Military Charity were deathly  threatned By WEISS to let them left Plaintiff's  cases for WEISS can took advantages on his gang in attempting to save his gang our of US Criminal Justice Systems .After such point until now , they set up many attempted murder cases and FRAUD in Nevada , Southern California and oversea .**

In past , Plaintiff **warned this Legal Practitioner ( as an agent of VN communist connected with IRAN Agents as well ) many times from his Fraudulent conducts to submit false records that he claimed they belonged Plaintiff** .In fact , IT IS UNTRUE as Plaintiff still served and serving with Department of Defense with **highest HONOR in many positions** in many components of DOD and was awarded one of **highest MEDAL from US PRESIDENT**  .

Plaintiff was serving and is serving as a Distinguish Military veteran-officer ( "Distinguish term" for someone served in Military and having highest Honor from US Government )**regeonized   by not only US Government but also by State Goverments as well  as from HARVARD UNIVERSITY** (see EXHIBITS  ) as an Honor , Senior Member of US Air Force and serving with many components of US Department of Defense .
As under National Security Law issues , However , Plaintiff can only disclose such **general information as he can sponsor 04 Military Personnnels into NELLIS AFB as a US Nuclear Weapon Center with highest Top Secret Clearance .**

At this time , Plaintiff requested **Department of Justice and FBI to investigate this matter** .( SEE EXHIBITS -EMAILS to him ).
In fact , Defendant Weiss was charged with many criminal conducts included incident 2007 from stolen money $100k  from his Clients  (Records of  State Bar Court California ) and from such times and later , **he is only living by becoming an  agent of many Criminal Suspects as Vietnamese Communist Agents connected with IRAN Agents to harm US Military and US Interests** .
In 2016 , 04/2017 , 04/2019 and later , He , His Boss HOANG HUY TU Esq , Bryan Elkerton Esq was in Criminal Investiagtion when made up many FAKE Court records by the District Attorney Office of Los Angeles co-operating with State Bar of California .
Defendant WEISS **was arrested in 2017 when he set up a meeting at his  office and assaulted Plaintiff** , let Plaintiff hands were broken and transferred to ER of Military -VA Medical Center . (EXHIBITS ) .
Plaitniff did not owe or loss any cases from of ANDREW WEISS or his gang except **" DEFAULT"** by

FRAUDULENT CONDUCTS OF this Criminal-FRAUD  mindset named WEISS .It was on the way to set aside " DEFAULT " ( see EXHIBITs ) .
 Thien Tran is **member of his gang( TRAN was arrested in 1992 from Burglary in California )**  and was arrested as Police Report 21-021472 from deathly attacked by weapon let Tony Nguyen was in Emergency Room of VA -Military veterans center 1 days and was treated later.

Therefore ,Plaintiff respectfully request this Court impose sanctions against ANDREW WEISS as below :
1/ **Strike and Striken docket number 09** of this case from FRAUD and intentionally misleading the Court under Penalty of Perjury .( **see CDR Creances SAS .vs Cohen )**
2/ **Impose $ 20,000 from repeatly sumitted EXHIBITS included FAKE records** that he was warned many times before  to distracting the Court under Pelnalty of Perjury .
3/ **Request WEISS must be presented by a NEVADA Licensed Attorney** got clean records to present him this cases .
4/ **Forward the criminal conducts** to Department of Justice and Federal Grand Jury for further criminal prosecutions .

And proper sanctions as well .
On 02/22/2021, Please take note that Plaitntiff called to this Court Clerk and FBI to open criminal proceedings on this issue at number 702-464-5490 and 702-464-5550 after emailed to FBI and National Security Division of US Deparment of Justice as well as notice to Defendant Andrew Weiss to consult a lawyer on his criminal conducts .
Therefore , Plaintiff respectfully request The Court DENY  the WEISS's Motion to Dismiss and ipose proper sanction against Andrew Weiss .
Under pelnalty of Perjury of the laws of United of States of America, I declare above declarations are TRUE and CORRECT as my best knowledge .
Respectfully submitted ,


Plaintiff Tony Nguyen .

## FACTS of FOREIGN SOVEREIGN IMMINITIES ACT -HATE CRIMES ACTS -FRAUD AND ABUSE OF PROCESS OF DEFENDANTS .

– Plaintiffs, by and through their undersigned counsel, seek judgment against Defendants, Islamic Republic of Iran, The Iranian Ministry of Information and Security, and The Iranian Revolutionary Guard Corps, pursuant to the Foreign Sovereign Immunities Act, as amended, 28 U.S.C. § 1605A.

### INTRODUCTION

–This action brought by Plaintiffs, through counsel against the Islamic Republic of Iran (hereinafter "Iran"), the Iranian Ministry of Information and Security (hereinafter "MOIS") and the Iranian Islamic Revolutionary Guard Corp (hereinafter "IRGC"), for orchestrating the Attempted MURDER cases in many times from 2014 until now wounded Plaintiff and his family and harmed his Military Law works included his Military Charity .

### JURISDICTION AND VENUE AND CHOICE OF LAW

– Jurisdiction in this Court arises pursuant to 28 U.S.C. §§ 1605A, 1330(a), 1331, and 1332(a)(2).

–Defendants Iran, MOIS and IRGC,Their agents  are subject to suit in the courts of the United states as sponsors of the terrorist group Hezbollah pursuant to the Foreign Sovereign Immunities Act, as amended, 28 U.S.C. § 1605A(c), and related statutes, including Section 6(j) of the Export Administration Act of 1979 (50 U.S.C. App. § 2405(j), Section 40 of the Arms.

Export Control Act (22 U.S.C. § 2780), and Section 620A of the Foreign Assistance Act

of 1961 (22 U.S.C. § 2371), which designated Iran as a state sponsor of terrorism.

- Venue is proper in this District pursuant to 28 U.S.C. § 1391(f)(4). Actions for personal

injury and related torts perpetrated by foreign state sponsors of terrorism through their

officials, employees, and agents fall within the meaning of 28 U.S.C. § 1605A generally.

- *On 12/16/2020, US Department of JUSTICE and Treasurer determined Business Groups of Bich An Thi Nguyen , Ngoc Bich Thi Nguyen , Andrew Weiss , Hoang Huy Tu Esq was in "Black Lists" from illegal supporting to IRAN Government as a Terrorist Government harmed our US Military and US Interests. The Findisng were stemming from many Federal Agencies investigations included TONY NGUYEN Team 's works to forward to Federal or Military Agencies to prosecute them .*

## THE PARTIES

### I.     PLAINTIFFS

- Plaintiff in this action are an honor  member of the United States Air Force and other Components of Department of Defense in duty or volunteer duties of his  Federal Employment  and certain of their immediate family members, all of whom were and are citizens and residents of the United States and all of whom are qualified as claimants in accordance with 28 U.S.C. § 1605(a)(ii), who suffered physical and/or mental and/or emotional injuries as a result of the terrorist attacks from 2014 until 2020 included  the attempted Murder cases outside of US Consulate in Sai Gon in 10/2018 and outside of US Embassy of Paris ,Republic of France in 02/2019 and other incidents until this time .

## GENERAL ALLEGATIONS

1.This court is proper court and this action is properly filed in Federal Court  and in this judicial authorities .

2.LAW OFFICES OF ANDREW WEISS Owned By Andrew Duff Weiss as an agent for THIEN TRAN and many communist agents connected with Iran Terrorist Agents  , a Vietnamese Citizen as suspect of Attempted Murder Case which Tony Nguyen  is Crime Victim  , Weiss also an agent for BICH AN NGUYEN, a Vietnamese Citizen , a SOCIALIST REPUBLIC VIETNAM'S SPY (thereafter AN NGUYEN or AN), NGOC BICH THI NGUYEN( her mother ) – a SOCIALIST REPUBLIC VIETNAM'S SPY( thereafter BICH NGUYEN or BICH) ,  HOANG HUY TU ESQ (Thereafter TU),

**sex partner and lawyer of Bich An Nguyen in some criminal cases that John Doe is a crime victim from his Military Law Works and Veterans Civil Rights Advocate** .WEISS is an Employee of HOANG HUY TU Esq as Sham Marriage Lawyers for Vietnam Communist Intelligence Agency in Hanoi (Hoang Huy Tu Esq set up law offices in Hanoi and Hochiminh City (SAIGON)Viet Nam  to support Vietnamese Communist Intelligence Agency. TU  has been showing on  his Facebook and Media Public that he is a US Army JAG- Lawyer. This is a fake tittle that he never be entitle to show such tittle and  can handle any cases with phony marriage in US and for his "fake credentials" with Communist Agents in Vietnam .TU was under many Criminal and Civil Investigations from his criminal conspiracy to harm John Doe ,his family , his Military Charity -Non Profit Organization  and his reputation as Member of USAF -DOD -Disabled Veteran -Veterans Advocate and as Crime Victim-Witnesses of His Client Bich An Nguyen . Especially , **WEISS is also lawyer for THIEN TRAN and Eric Le( aka  LE CONG TRU ) as 02 Communist Agents whom tried to kill JOHN DOE on 05/2014 and many times later documented  by Police Reports  after John Doe worked with FBI and DIA as well as other Federal Agencies on TRAN 's illegal activities for his supporting to sham marriage and spying activities for HA NOI Communist Government as Doe's works to other suspects as members of THIEN TRAN , BICH AN  NGUYEN gang under legal advice of ANDREW WEISS LAW OFFICES.**

**3.From 2014 until now , Under Direction of Law Office of Andrew Weiss as an Employee of HOANG HUY TU Esq , THIEN TRAN and others committed attempted Murder -Battery Incidents, and many criminal conspiracy incidents were pending prosecuted by State and Federal Agencies .**

**Bich An Nguyen , Ngoc Bich Nguyen are 02 Spies of  Hanoi Communist Government . Both got Sex partners of Atir Manastra and Mohamed Manastra are 02 Iranian Intelligent Officers  of Iranian Military Guard ( was determined by US Government as a Terrorism Organization ) whom assigned in Venezuela and run money laundering for Iran Islamic Military Guard ,Cuba Intelligent Agency, North Korea Intelligent Agency as well as run a lot of Intelligent Activities for Iranian Islamic  Military Guard and Venezuela in Viet Nam .**

11

4.Plaintiff JOHN DOE  is US Disabled  Veteran , a current of Citizen of State of NEVADA . He  studied at Universities with many honor scholarships over 8 Degrees from Bachelor to Doctorate  included at HARVARD University and other elite Universities . Currently JOHN DOE  is a  General Manager of a Military Justice Organization to support Investigations and Legal -Educations Service  for US Military Community as well as US Government. He  was qualified and licensed to  practice LEGAL INVESTIGATIONS before US Military , Federal and State Courts .His  expertise are National Security , Technology Patent Infringement and Criminal Investigations .He got " US LIFE TIME ACHIVEMENT AWARD from his  Military Service .He is also the  head of the VAJF(a recognized non-profit organization under sec. 501(c)(3) of the Internal Revenue Code) which has providing invaluable legal service and training to the US Military Veterans and the poor for a token fee and DEAN of an Education Institution . And he  is also the President of the HARVARD Alumni of US Air Force as an honor HARVARD Alumnus. He honorably served for the Country in US Air Force  and still serving US Military and Federal Agencies in many ways as well until now. He is  the victim of over ten (10)Federal   and State incidents involving violence and extortion or Fraud  , invasion to privacy from this Law Office of Andrew Weiss and other above defendants as described below:

5.On 10/2018 ,As US Embassy in Sai Gon  ,  he was victim of attempted Murder-Battery  Incidents that BICH AN NGUYEN , HOANG HUY TU Esq ,ANDREW DUFF WEISS Esq ,NGOC BICH NGUYEN , MOHAMED MANASTRA ,Agents of Iran Republic Government as criminal suspects was certified by US State Department .Also , In past He was also attacked in oversea when he was duty for his Military Justice Organization to cooperate with US Military Community and Agencies .

6. On 02/2019 , outside of US Embassy in Paris France , he was victim of Death Threats ,attempted murder and Robbery  that BICH AN NGUYEN , HOANG HUY TU Esq ,ANDREW  DUFF  WEISS  Esq  ,NGOC  BICH  NGUYEN  ,  MOHAMED MANASTRA,Agents of Iran Republic Government  as criminal suspects was certified by US State Department.

From 2014 until now , Andrew Weiss along with HOANG HUY TU ( BOSS  of WEISS),

planned many plots to save Bich An Nguyen ( criminal defendants in many cases that Doe is Crime Victim )and her Mother as well as many criminal plots of them to harm , harass , committed battery , vandalism , malicious conducts ,fraud to harm John Doe  , His Family and His Military Charity let him can not work in peaceful and must be in serious medical treatments with DOD-VA Medical and Private Doctors .

From 2014 until now , Defendants LAW OFFICE OF ANDREW WEISS,NGOC BICH NGUYEN , MOHAMED MANASTRA,HAI TRUNG HOANG,Agents of Iran Islamic Government   committed  or associated to many persons to committed " Federal Attempted Murder " , " Fraud  ", Criminal Conspiracy " against JOHN DOE as crime victim of above defendants .

**6.** Plaintiff is informed and believes that the defendants   are **Vietnamese Citizens, Iranian Citizens ,Venezuela Citizens, US Lawyer -Citizens** and others   at the relevant times was a business entity or resident in the United States of America or International .

**7.**The true name and capacities of Defendants named herein as DOES 1 through 50 , inclusive , whether individual , corporate , associate , or otherwise , are unknown to Plaintiff who therefore sues Defendants by fictitious names pursuant to Code of Civil Procedure section 474 . Plaintiff is informed and believes that DOE Defendant are California residents. Plaintiff will amend this complaint to show such true name and capacities when they have been determined .

**8.** Plaintiff is informed and believes , and thereby alleges , that each of the defendants herein was at all relevant times the agents , employee or representative of the remaining defendants and acting at least in part within the scope of such relationship.

## FACT COMMON TO ALL CAUSES OF ACTION.

1.   Plaintiff  Tony Nguyen     , Harvard  Post Doc-JD-LLM,M.Eng,M.Arch,MBA studied   at Universities included HARVARD  with  many  honor scholarships from over 08 Degrees from Bachelors to Doctorate .Doe **is US Serious Disabled  Veteran , a current of Citizen of State of NEVADA . He   studied at Universities with many  honor  scholarships included at HARVARD University . Currently JOHN DOE   is a   General Manager of a Military Justice Organization to support Investigations and Legal-Educations  Service   for US Military Community as well as US Government.** He is also Senior Advisor  for many Components of US Department of Defense and Federal Goverments in Law,Technology and Educations .

2.   He was qualified and licensed to  practice LEGAL INVESTIGATIONS  before US Military , Federal  and  State  Courts    .His  expertise  are  National  Security  ,  Technology Patent Infringement and Criminal Investigations .He is Recipient of " US PRESIDENT LIFE TIME ACHIVEMENT  AWARD ".He is   also  the  head  of  the  VAJF  (a  recognized  non-profit organization  under  sec.  501(c)(3)  of  the  Internal  Revenue  Code)  which  has  providing invaluable legal service and training ,advocate for the US Military Veterans and the  poor for a token fee and DEAN of an Education Institution . And he is also the President of the Harvard Alumni of US Air Force as an honor Harvard Alumnus.He  honorably served for the Country in US Air Force  and still have been serving US Federal Government and Military in many ways.

**His Parents , Family , his God Parents are victims of Communist Government of Vietnam and  LAW  OFFICE  OF  ANDREW  WEISS  ,  NGOC  BICH  NGUYEN  ,  MOHAMED MANASTRA ,HAI TRUNG HOANG and their big criminal gang  .**

2.DOE     have been knowing LAW OFFICE OF ANDREW WEISS is an agent of THIEN TRAN -a criminal suspect in attempted murder case that Doe is Crime Victim .Bich An Thi Nguyen (hereinafter AN NGUYEN or AN) since June 2015 when she showed up to apply for an intern position at DOES's   Military Charity and Non Profit Law Organization . She approached DOE and solicited DOE to become her close friend, her confident and attempted to seduce  DOE  to buy her 4-carat diamond (worth about 100 K)  as a gift to her.  In fact,

14

DOE  felt very surprised about her unusual behavior since he was never before  involved with any  woman  exhibiting  similar  audacity.  Pursuant  to DOE's   investigation, she has been unemployed since she was 18 years of age  but has been living a  very expensive lifestyle. An Nguyen  has  been  supported   by her Palestine Hamas sex partner( Atir Manastra is also an Iranian Citizen and Member of Iranian Islamic Military Guard ) and her extensive family which occupied high ranking positions in the Communist Intelligence Central Agency that supervised her spying activities in the U.S as a Vietnamese Communist Intelligence Agent and did money laundering and engaged in sham marriages  for sons and daughters of  high ranking Vietnamese Intelligence leaders in Vietnam an in the US. According her criminal records, she was arrested in 2012 by Costa Mesa Police from Grand Theft, and convicted by the Superior Court of California in Orange County. She also has been charged with Felony Domestic Violence and other crimes from having seriously abused DOE (Case #16WM13468, State v. Bich An Thi Nguyen , Orange County Court ). AN NGUYEN, her family and her  Palestine Hamas sex partner  has been under Federal Investigations for Federal Criminal Activities that DOE has been a Witness and a Criminal  Investigator. Her father DUNG NGUYEN a Major of Vietnamese Central Intelligence Officer was installed in the US from 1994 to 2000 until his death in 10/2000. Her grandfather, HUYNH SY NGUYEN was a Top Leader of Communist Vietnam Central Intelligence Agency from 1960 untill his death in 2013. He has been known to have tortured and killed innumeralble of US Military POW's as well as POW's, many of them high ranking officers of the former Republic of Vietnam ( after 1975) in order to appropriate their properties.

THIEN TRAN was a crime suspect of Attempted murder by Weopon  case in 05/2014 as well as co-operate with Andrew Weiss in Battery , Fraud, Invasion to Privacy to Doe as Crime Victim in some other times cases.TRAN is agent of Communist Government and used a lot of Hot Girl like THU HIEN NGUYEN and others  from Vietnam to be his sex servants and supported to Vietnamese Communist Agents in US and Vietnam .


3.NGOC BICH NGUYEN (hereafter BICH NGUYEN or BICH)  and VAN ANH NGUYEN (hereafter VAN ANH as Sister of Bich An Nguyen ,was deported out of US in 2015) are VN Communist Intelligence Agents of VN Socialist Republic . VAN ANH (AN NGUYEN's younger sister)  was deported out of US from Visa Violations on 12/11/2015 .  NGOC BICH is

a mistress of MOHAMED MANASTRA( an Iranian Member of Iran Islamic Guard Military father of Atir Manastra as a sex partner of Bich An Nguyen), who is a head of International Criminal Networks in VENEZUELA and **connected with Hai Trung HOANG ( aka HAI , the head of Hanoi Communist Party) involves many kick-back projects that HAI receiving many millions of join-venture between VENEZUELA National Oil Corp. with PETRO VIETNAM as a Government Oil Company run by VN Government( Hai also is a relative of NGOC BICH NGUYEN). NGOC BICH NGUEYN and Monamed Manastra tried to buy many oil equipments or technology for IRAN and VENEZUELA in violation to US Sanction against these designated terrorism countries** . NGOC BICH NGUYEN solicited DOE to be SHAM Marriage with VAN ANH NGUYEN to cover her family Money Laundering Networks and SPY for HA NOI Central Intelligence Agency in around the world that FBI , DOJ and DHS on investigating. Also, BICH AN NGUYEN and NGOC BICH NGUYEN solicited DOE to assist many VN Undercovers as International Students to have US GREEN CARDS and Become US Citizen thereafter .

As DOE's Findings , BICH AN NGUYEN and NGOC BICH NGUYEN , VAN ANH NGUYEN ,HAI TRUNG HOANG run a money laundering networks for MOHAMED MANASTRA family to support Palestine HAMAS AND Hezbollah ,Iranian Government , Cuba Government around the world as well as illegally supported for Vietnamese Communist Intelligence Agents in US .

4.Also, per DOE finding , An Nguyen possesses a large quantity of expensive diamonds and several luxury houses that An alleged were provided her and her mother ( **as a Vietnamese Communist High Ranking Spy Officer )** by her sex parner Atir Manastra and his extensive family, who emigrate from Palestine to Venezuela from 1949 , joined Iran Islamic Military Guard and who are  currently connected with Hamas and Hezbollah (both characterized as terrorist organizations by the U.S Department of State).

6. An Nguyen obtained her US citizenship when she was 20 years of age by a sham marriage performed in Las Vegas in 2007.  It is believed An Nguyen  worked as a starlet, a high class escort girl (with many TATOO on her legs and body) and had connections with criminal gangs. DOE  decided to sign a contract ( 01/2016 )to share a room in her house in order to test her sincerity and figure out her connection with her Communist Intelligent Agency in Ha Noi as

well as her sex partner in Iran and Venezuela  , her commitment to DOE  and to further discover her spying and criminal activities against the U.S., a **country that family that DOE dearly love and eager to sacrifice and protect**. Thus, DOE have been reporting AN  and her mother's spying and illegal  activities against this country  to FBI, Federal, Military, State  and Local Agencies to protect our national security as well as their connection to Iranian Islamic Guard Military , PALESTINE Hamas Family in Columbia and Venezuela ,Iran.

7. THIEN TRAN as well as Eric Le (aka LE CONG TRU )are clients of ANDREW DUFF WEISS ( Employee of Hoang Huy Tu Esq ) .THIEN TRAN is an agent of Communist Government to run sham marriage and money laundering for Vietnam Intelligent agencies .From forward findings about TRAN and his human trafficking to Law Enforcements Agencies , DOE was retaliated and targeted by this big criminal gang with Communist Government and Iran Islamic Military Guard on behind .

8.From 04/2016 until now , HOANG TU Esq ( **sex partner  of BICH AN NGUYEN whom got sexual relation in violation to Lawyer-Client Rules of State Bar California-HOANG TU got wife and 03 kids**) and ANDREW WEISS  Esq committed the obstruction of Justice and Perjury when coaching AN NGUYEN in perjury and obstruction to JUSTICE and Criminal INVESTIGATIONS were investigated with involved PARTIES included Defendant ANDREW DUFF WEISS as TU's partner by  State Bar of CA, USDOJ , US DHS , CA JUDICIAL PERFORMANCE , DA OFFICE and CA AG .Also, on 05/11/2016, HOANG solicited AN NGUYEN shown him the CLIPS or PICTURES of AN NGUYEN and her Sex Partner  from Palestine HAMAS Supporter family in VENEZUELA that under Criminal Investigations of FBI , USDOJ in DC, USDHS and US Defense Intelligence Agency as well as LOCAL DA Office .Seriously , HOANG got sexual relationship with AN NGUYEN in violation to CA State BAR rules of Attorneys. **Also, from 06/13/2016 until now , by unlawful discovery forms, he and TEAGUE ,Andrew Duff Weiss Esq used the case of Civil Case on Injunction Order  to obtain  DOE's Military Works and  DOE's EDUCATION transcripts to obtain Intelligence Information for HA NOI Central Intelligence Agency that AN NGUYEN and her family was working with as well as obstructing to many Federal and Local Investigations on pending .**
<u>**Seriously ,as pending criminal cases against BICH AN NGUYEN and others,  TEAGUE , TU ,WEISS used many criminal ways to harass, assaut and invade to DOE's Privacy as**</u>

**well as attacked to his Military Charity Office , committed Vandalism let DOE can not work and accept any Federal Regular Employments .**

9.An Nguyen used **her sharp nail and her sharp make-up bag,pepper spray** to attacked DOE many times from 10/2015 until 04/2016 when DOE denied her request to give her a lot of thousand dollars for her to travel to Vietnam or buy for her many expensive things similar to those given her by her Middle East Palestinian ( Iranian Citizen )sex-partner Atir Manasra, gave her before. AN NGUYEN repeated violence and extortion against DOE. These incidents were reported by VA Military Medical Center in Long Beach, CA to Police Agencies in Orange County and to US Military Intelligence Agencies as well ( Dr. NANCE's VERIFICATIONS from VA Military Medical Center).**Atir Masnatra 's father is Palestine Iranian Citizen , a money laudering agent for HAMAS , IRAN and Sex partner of Mother BICH AN NGUYEN .**

10.After AN NGUYEN and her family known DOE reported to FBI and US Military from 2015 about her and her family Criminal Activities, For Obstructing to Justice and Criminal Investigations as AN NGUYEN and her family on the radar of Federal and Local Agencies Investigations , Under Coaching of HOANG HUY TU ( An Nguyen's new sex partner since 04/2015) .

*After AN NGUYEN was 02 times arrested and charged with criminal violations on 09/21/2016 including running money laundering and related crimes, AN coached by HOANG TU ,ANDREW WEISS to dispose all of her houses and properties by changing tittle since 09/23/2016. The procedure was performed by a agent of HOANG TU named John Tuan Nguyen (Sale Agent#01349064), MLS #P469922 shown a listing date as 09/23/2016 .*

**Also, Andrew Weiss and Hoang Tu committed violation of Victim -Witness rights protected by MARCY'S LAWS and Criminal Procedure by harassing and threatening DOE, His Family and his Military Charity . DOE did report to POLICE after they advised DOE to expediously a Criminal Protective Order against these individuals .**
**On 2016 to 2017 , WEISS contacted with Bryan Elkerton Esq (a car accident insurance lawyer) to collect privacy information of DOE for they can set up plans to protect NGOC BICH NGUYEN , BICH AN NGUYEN , THIEN TRAN and others Gang members with**

**criminal activities that JOE reported to Law Enforcements .**

**11/On 05/2017 , 03/2019 ,06/2019 , WEISS alonged with Bryan Elkerton ( a car accident insurance lawyer ) to make up fake Court order to find Privacy Information of DOE as his gang victim .**

**From 06/2016 until now (07/2017 ) HOANG TU,ANDREW WEISS and WALTER TEAGUE tried to death threats , harass to DOE and His family ,His Military Charity by connected with ANDREW WEISS Law Office and THIEN TRAN as 02 crime suspects in 02 cases to harm DOE and HIS FAMILY .**

*On 07/2017 , Weiss contactd with THINH VAN DOAN , a former landlord of Doe's Military Charity to get Doe's Privacy . Toan Thai , Minh Nguyet Nguyen information.This criminalc ases were documented to State Bar and FBI already .*

*On 03/2016 until now , WEISS and TU, TEAGUE exchange information about DOE and HIS FAMILY in order to set up plans to harm them .*

*On 06/29/2017 , WEISS set up for TEAGUE sit nearby to DOE in a deposition at the COURT of Orange County in Santa Ana to order to achieve DOE information to forward to HA NOI COMMUNIST GOVERNMENT .*

*12.On 11/2017 , NGOC BICH NGUYEN , Hoang Huy Tu set up plans for Andrew Weiss to assault Nguyen at Weiss's office .Weiss was detained by Orange County Sheriff and cases forwarded to DA Office for prosecution .*

*On 11/05/2017, After Doe asked WEISS why he obtained sensitive information on DOE Information , DOE's Military Charity included his Military Checks which WEISS unlawful collected at the Bank .WEISS upseted and threatened : " I will kill you if you still asked me like that " .*

*On 2019 , the VA second MRI exam shown : " HANDs OF DOE were in Fractures and other sysmptoms when WEISS assaulted DOE at his Law Office as well as let Joe is under Serious Pains,Numbnesses , Depression and Anxiety due to this battery and other crimes of this criminal gang .*

*13. On 10/2018 , NGOC BICH NGUYEN , Hoang Huy Tu,Andrew Weiss set up plans to kill NGUYEN in Sai Gon , Vietnam and was certified by US State Department that he is crime victim .*

*On 02/2019 , outside of US Embassy in Paris France , he was victim of Death Threats-*

*Attempted Murder  and Robbery   that BICH AN NGUYEN , HOANG HUY TU Esq ,ANDREW DUFF WEISS Esq ,NGOC BICH NGUYEN , MOHAMED MANASTRA,Agents of Iran Islamic Republic   as criminal suspects was certified by US State Department.*

*On 2014 to 2019 and until now , From On Many Occasion of Civil Litigations , WEISS made up many Falsified Court  Orders , Fraud Proof of Services with HOANG HUY TU Esq, BRYAN ELKERTON Esq to harras , invade privacy of JOHN DOE and collect privacy and money from DOE .The further attempted murders was doucumented with US State Department on 02/19,01/20.*

*On 12/2019 , Ngoc Bich Nguyen set up Vietnamese Communist in Tan Son Nhat air port to attack Tony Nguyen . This incident was documented by US Consulate by Tony Nguyen 's Duty on his Military Law works .*

*On 06/2020 , Hoang Tu Esq, Andrew Weiss Esq set up " Hit and Run " car accident to deathly threaten to Disabled Mother of Tony Nguyen .*

*From 2017 until now , Weiss set up a " Fake Form " of Court to obtain privacy information at the Forwarding mailing center in Las Vegas that was documented to Police Report .*

*On 08/2020 , WEISS and TRAN set up incidents on Las Vegas Freeway to deathly threaten to Tony Nguyen that was documented at LAS VEGAS Police Report .*

*On 12/16/2020, US Department of JUSTICE and Treasurer determined Business Groups of Bich An Thi Nguyen , Ngoc Bich Thi Nguyen , Andrew Weiss , Hoang Huy Tu Esq was in "Black Lists" from illegal supporting to IRAN Government as a Terrorist Government harmed our US Military and US Interests. The Findings were stemming from many Federal Agencies investigations included TONY NGUYEN Team 's works to forward to Federal or Military Agencies to prosecute them .*

*On 03/01/2021 , WIESS was charged from intentional submitting falsified Military Documents and other Court records under Pelnalty of PEJURY .*

# AUTHORITIES :

**1/ REMEDIES UNDER 34 U.S. Code § 20144.**

Justice For United States Victims Of State Sponsored Terrorism.

Holladay, et al. v. the Islamic Republic of Iran, Case No. 1:2017-cv-00915, was filed on behalf of 34 families who suffered death or injury at the hands of terrorists.

The plaintiffs were injured, directly or indirectly, in peacekeeping efforts during Operation Iraqi Freedom. The suit alleges that during those efforts, "Iran recruited, trained, and financed Iraqi terrorists, providing the most deadly IED's used against US troops and paying bounties to terrorists who killed US civilians and soldiers."

Iran has a long history of bankrolling terrorist acts and NPR is helping veterans and Gold Star families fight back. However, to finance attacks, Iran had help from foreign banks and even used U.S. dollars to complete their transactions.

### 34 U.S. Code § 20144 - Justice for United States victims of state sponsored terrorism

- U.S. Code
- Notes

prev next

(a)Short title

This section may be cited as the "Justice for United States Victims of State Sponsored Terrorism Act".

(b)Administration of the United States Victims of State Sponsored Terrorism Fund

(1)Administration of the Fund

(A)Appointment and terms of Special Master

(i)Initial appointment

Not later than 60 days after December 18, 2015, the Attorney General shall appoint a Special Master. The initial term for the Special Master shall be 18 months.

(ii)Additional terms

Thereafter, each time there exists funds in excess of $100,000,000 in the Fund, the Attorney General shall appoint or reappoint a Special Master for such period as is appropriate, not to exceed 1 year. In addition, if there exists in the Fund funds that are less than $100,000,000, the Attorney General may appoint or reappoint a Special Master each time the Attorney General determines there are sufficient funds available in the Fund to compensate eligible claimants, for such period as is appropriate, not to exceed 1 year.

(iii)Special Master to administer compensation from the Fund

The Special Master shall administer the compensation program described in this section for United States persons who are victims of state sponsored terrorism.

(B)Administrative costs and use of Department of Justice personnel

21

The Special Master may utilize, as necessary, no more than 5 full-time equivalent Department of Justice personnel to assist in carrying out the duties of the Special Master under this section, except that, during the 1-year period beginning on November 21, 2019, the Special Master may utilize an additional 5 full-time equivalent Department of Justice personnel. Any costs associated with the use of such personnel, and any other administrative costs of carrying out this section, shall be paid from the Fund.

(C)Compensation of Special Master

The Special Master shall be compensated from the Fund at a rate not to exceed the annual rate of basic pay for level IV of the Executive Schedule, as prescribed by section 5315 of title 5.

# HATE CRIME PREVENTION ACT

Summary: The Hate Crime Prevention Act establishes enhanced sentences for crimes motivated by bias, provides civil remedies, and directs the state police to maintain records and provide training.

Background: 45 states and the District of Columbia have hate crime laws that criminalize bias-motivated violence or intimidation. (The exceptions are Arkansas, Georgia, Indiana, South Carolina and Wyoming.) 31 states and the District of Columbia also create a civil cause of action for hate crimes.

Bill drafting note: If your state already has a hate crime statute, make sure it includes civil litigation and add language to cover crimes against the full range of targets listed below. What is new in this model is coverage for abortion providers and patients, and for immigrants; specifically, the list of hate crime targets would be augmented with: "immigration status, or association with reproductive health care services as a provider, employee, volunteer or patient."

SECTION 1. SHORT TITLE

This Act shall be called the "Hate Crime Prevention Act."

SECTION 2. PURPOSE

This law is enacted to protect the health, safety and welfare of all state residents.

SECTION 3. HATE CRIME PREVENTION

After section XXX, the following new section XXX shall be inserted:

(A) HATE CRIMES—ENHANCED PENALTIES

If a person charged with any felony, misdemeanor, or petty misdemeanor offense is found to have intentionally selected the victim or the victim's property because of the victim's actual or perceived race, color, creed, religion, ancestry, gender, sexual orientation, gender identity or expression, physical or mental disability, national origin, age, IMMIGRATION STATUS, OR ASSOCIATION WITH REPRODUCTIVE HEALTH CARE SERVICES AS A PROVIDER, EMPLOYEE, VOLUNTEER OR PATIENT, that person may be found guilty of a hate crime with the penalty imposed as follows:

1. Where the underlying offense is a petty misdemeanor, it shall be punishable as a

misdemeanor.

2. Where the underlying offense is a misdemeanor, it shall be punishable as a class C felony.

3. Where the underlying offense is a class C felony, it shall be punishable as a class B felony.

4. Where the underlying offense is a class B felony, it shall be punishable as a class A felony.

5. Where the underlying offense is a class A felony, the maximum fine authorized shall be doubled and a 20-year term of imprisonment shall be imposed.

(B) CIVIL ACTION FOR HATE CRIMES

1. If a person commits an intentional tort and has selected the victim or the victim's property because of the victim's actual or perceived race, color, creed, religion, ancestry, gender, sexual orientation, gender identity or expression, physical or mental disability, national origin, age, IMMIGRATION STATUS, OR ASSOCIATION WITH REPRODUCTIVE HEALTH CARE SERVICES AS A PROVIDER, EMPLOYEE, VOLUNTEER OR PATIENT, any victim of that tort may file a civil action to secure an injunction, damages or other appropriate relief at law or equity. In this subsection, a victim can be a person, corporation, association or other organization.

2. In any such action, whether a tort has occurred shall be determined according to the burden of proof used in other civil actions for similar relief.

3. Upon prevailing in such civil action, the plaintiff may recover:

a. Both special and general damages, including damages for emotional distress;

b. Punitive damages; and/or

c. Reasonable attorney fees and costs.

4. Notwithstanding any other provision of law to the contrary, the parent(s) or legal guardian(s) of any unemancipated minor shall be liable for any judgment rendered against such minor under this section.

(C) HATE CRIME REPORTING AND TRAINING

1. The state police shall establish and maintain a central repository for the collection and analysis of information regarding hate crimes. Upon establishing such a repository, the state police shall develop a procedure to monitor, record, classify and analyze information relating to crimes apparently directed against individuals or groups, or their property, by reason of their actual or perceived race, color, creed, religion, ancestry, gender, sexual orientation, gender identity or expression, physical or mental disability, national origin, age, IMMIGRATION STATUS, OR ASSOCIATION WITH REPRODUCTIVE HEALTH CARE SERVICES AS A PROVIDER, EMPLOYEE, VOLUNTEER OR PATIENT.

1/**Privacy Act 1974.**
**https://www.rmda.army.mil/privacy/RMDA-PO-Programs-Privacy-Program.html**

**The Privacy Act of 1974, as amended, 5 U.S.C. § 552a**

The purpose of the Privacy Act is to balance the government's need to maintain information about individuals with the rights of individuals to be protected against unwarranted invasions of their privacy stemming from federal agencies' collection, maintenance, use, and disclosure of personal information about them.

## The Privacy Act focuses on four basic guidelines:

5.To restrict disclosure of personally identifiable records maintained by agencies.

6.To grant individuals increased rights of access to agency records maintained on themselves.

7.To grant individuals the right to seek amendment of agency records maintained on themselves upon a showing that the records are not accurate, relevant, timely or complete.

8.To establish a code of "fair information practices" which requires agencies to comply with statutory norms for collection, maintenance, and dissemination or records.

**2/ USC § 267.5 National Security Information.**
(a) Purpose and scope. The purpose of this section is to provide regulations implementing Executive Order 12356 National Security Information (hereinafter referred to as the Executive Order) which deals with the protection, handling and classification of national security information.

(b) Definitions.

(1) In this section, National Security Information means information on the national defense and foreign relations of the United States that has been determined under the Executive Order or prior Orders to require protection against unauthorized disclosure and has been so designated.

(2) Derivative Classification means the carrying forward of a classification from one document to a newly created document that contains national security information which is in substance the same as information that is currently classified.

(3) In the Custody of the Postal Service means any national security information transmitted to and held by the U.S. Postal Service for the information and use of postal officials. (This does not include any national security information in the U.S. Mails.)

(c) Responsibility and authority.

(1) The Manager, Payroll Accounting and Records, serves as the USPS National Security Information Oversight Officer. This officer shall:

(i) Conduct an active oversight program to ensure that the appropriate provisions of these regulations are complied with;

(ii) Chair a committee composed of the Manager, Payroll Accounting and Records; the Chief

24

Postal Inspector (USPS Security Officer); the General Counsel; the Executive Assistant to the Postmaster General; and the Director, Operating Policies Office; or their designees, with authority to act on all suggestions and complaints concerning compliance by the Postal Service with the regulations in this part;

(iii) Ensure that appropriate and prompt corrective action is taken whenever a postal employee knowingly, willfully and without authorization:

(A) Discloses national security information properly classified under the Executive order, or prior orders,

(B) Compromises properly classified information through negligence, or

(C) Violates any provisions of these regulations or procedures;

(iv) Establish, staff, and direct activities for controlling documents containing national security information at USPS Headquarters and to provide functional direction to the field.

(v) In conjunction with the USPS Security Officer, prepare and issue instructions for the control, protection, and derivative classification of national security information in the custody of, and use by, the Postal Service. These instructions shall include requirements that:

(A) A demonstrable need for access to national security information is established before requesting the initiation of administrative clearance procedures;

(B) Ensure that the number of people granted access to national security information is reduced to and maintained at the minimum number consistent with operational requirements and needs;

(vi) Establish, staff and direct activities for controlling documents containing national security information at USPS Headquarters and provide functional direction to each Regional Records Control Officer;

(vii) As part of the overall program implementation, develop a training program to familiarize appropriate postal employees of the requirements for control, protection and classification; and

(viii) Report to the USPS Security Officer any incidents of possible loss or compromise of national security information.

(2) The USPS Security Officer (the Chief Postal Inspector) shall:

(i) Provide technical guidance to the Manager, Payroll Accounting and Records in implementing the national security information program;

(ii) Conduct investigations into reported program violations or loss or possible compromise of national security information and report any actual loss or compromise to the originating agency;

(iii) Periodically conduct an audit of the USPS national security information program;

(iv) Process requests for sensitive clearances; conduct the appropriate investigations and grant or deny a sensitive clearance to postal employees having an official "need to know" national security information; and

(v) Report to the Attorney General any evidence of possible violations of federal criminal law by a USPS employee and of possible violations by any other person of those federal criminal laws.

(3) All postal employees who have access to national security information shall:

(i) Sign a nondisclosure agreement;

(ii) Be familiar with and follow all Program regulations and instructions;

(iii) Actively protect and be accountable for all national security information entrusted to their care;

(iv) Disclose national security information only to another individual who is authorized access;

(v) Immediately report to the Manager, Payroll Accounting and Records and the USPS Security Officer any suspected or actual loss or compromise of national security information; and

(vi) Be subject to administrative sanctions should requirements (ii) through (v) not be followed.

### 3/ SANCTION ON Fraudulent Conducts of Defendant :

**Court of Appeals of New York.**

## CDR CREANCES S.A.S., & c., Respondent, v. Maurice COHEN, Appellant,

## et al., Defendants. CDR Creances S.A.S., & c., Respondent, v. Leon Cohen, & c., et al., Appellants, et al., Defendants.

## Decided: May 08, 2014

David S. Pegno, for appellants. Douglas A. Kellner, for respondent.
In this appeal we conclude that where a court finds, by clear and convincing evidence, conduct that constitutes fraud on the court, the court may impose sanctions including, as in this case, striking pleadings and entering default judgment against the offending parties to ensure the continuing integrity of our judicial system. With one exception, the record on this appeal supports such sanctions, and we therefore affirm, in part, the Appellate Division (104 AD3d 17 [1st Dept 2012] ).

**EXHIBITS :**

**1/NEVADA DMV RECORDS SHOWN TONY NGUYEN ADDRESS INSIDE NELLIS AIR FORCE BASE .**

**2/ HARVARD UNIVERSITY SHOWN TONY NGUYEN IS MEMBER OF IG TEAM OF US AIR FORCE AND OTHER DOD COMPONENTS AS WELL.**

1/



2/https://www.hks.harvard.edu/more/alumni/get-connected/classnotes/spring-2019#2012

**Anthony Nguyen** is an honor U.S. air force veteran and president of Harvard Alumni of U.S. Air Force. He is currently president of Air Force Law Center, Inc. He is also president of the Vietnamese American Justice Foundation, a 501(c)3 veterans' law and education organization, and a member of the U.S. Air Force inspector general's team. On July 4 of this past year, the White House and U.S. president bestowed the prestigious President's Lifetime Achievement Award on Anthony for his service to the U.S. military and American community.

# CONCLUSION :

Based on Fraudulent Conducts of Andrew Weiss and Authorities , This COURT should DENY MOTION TO DISMISS OF WEISS and impose proper sanction WEISS as a criminal defendant and agent of many VN Communist Agents  connected with IRAN Agents to misuse US Legal Systems to harm criminal victims and our National Security .

Respectfully Submitted ,


Plaintiff Tony Nguyen .

# PROOF OF SERVICE
## ( State of California)

NGUYEN vs. Islamic Republicof IRAN -CV-00134).

I am employed in County of CLARK of State of NEVADA . I am over 18 years old and not a party to the within entitled action .

My business address mailing is 1801 Martin Luther King #270185 Las Vegas , NV 89106 .

I am readily familiar with the business practice at my place of business for collection and processing correspondence for mailing with the USPS and electronic service .

Correspondence so collected and processed is deposited with the USPS that same day in the ordinary course of business or electronically served the same day in the ordinary course of business , whichever is applicable as indicated below .

On        03/01/2021 I served for the foregoing :

1. OPPOSTION TO MOTION TO DISMISS-
2. NOTICE ON WEISS FRAUD AND NO SERVING -OCJECTIONS .

on the interested parties in this action , by depositing a true copy thereof , enclosed in a sealed envelope with the postage thereon fully prepaid to the physical ***address*** as indicated below , as follow :

## Law Offices of Andrew D. Weiss
## 26459 Rancho Pkwy S
## Lake Forest, CA 92630

oclawadw@aol.com.

(xx)( By mail and  Email  )

I declare under penalty of perjury under laws of the State of California that above is true and correct .

Dated :03/01/2021 .

_____

ANH NGUYEN .

Part # 158297 ©2016 FEDEX SRF 11/21

ORIGIN ID:APVA  (657) 229-2900
AIR FORCE LAW CENTER 501.C.3
9902 PO BOX NELLIS AFB
LAS VEGAS, NV 89191
UNITED STATES US

TO U.S. DISTRICT COURT OFFICE OF
THE CLERK
333 LAS VEGAS BLVD S STE 1334

LAS VEGAS NV 89101

SHIP DATE: 02MAR21
ACTWGT:1:1.15 LB
CAD: 6891404/SSF02121

BILL CREDIT CARD

FedEx
Express

E

TRK# 7843 0455 7936

WR VGTA

WED – 03 MAR 10:30A
PRIORITY OVERNIGHT

89101
NV-US   LAS

RT 737   1   10:30   7936
FZ B10          03:03   C

FedEx Express