**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TONY NGUYEN,<br><br>    Plaintiff,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>    Defendants. | Case No. 2:21-cv-00134-GMN-NJK<br><br>**ORDER**<br><br>[Docket No. 17] |

Pending before the Court is Plaintiff's motion for electronic filing.  Docket No. 17.  Plaintiff is proceeding *pro se* in this case.  *See* Docket.  The Court has discretion to grant or deny a *pro se* party's request to file electronically.  *See* Local Rule IC 2-1(b).  In a pending motion to dismiss, Hoang Huy Tu, on behalf of Defendant Law Offices of Hoang Huy Tu ("Defendant"), submits, *inter alia*, that Plaintiff is a vexatious litigant.[1]  *See* Docket No. 33 at 3–7.  In light of Defendant's submission, the Court will deny Plaintiff's request to file electronically until the issues raised by Defendant are resolved.[2]  Accordingly, the Court hereby **DENIES** without prejudice Plaintiff's motion to be permitted to file electronically.  Docket No. 17.

IT IS SO ORDERED.

Dated: March 11, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] Andrew Weiss, on behalf of Defendant Law Offices of Andrew Weiss, presented similar arguments in a motion to dismiss and a motion for preliminary injunction.  *See* Docket Nos. 6, 7.

[2] The Court expresses no opinion herein on the merits of Defendant's pending motion to dismiss.

1