# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TONY NGUYEN,<br><br>    Plaintiff,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>    Defendants. | Case No. 2:21-cv-00134-GMN-NJK<br><br>**ORDER**<br><br>[Docket No. 32] |

      Pending before the Court is Hoang Huy Tu's, on behalf of Defendant Law Offices of Hoang Huy Tu, motion to be permitted to file electronically. Docket No. 32. Mr. Tu submits that he is currently authorized to use the CM/ECF electronic filing systems in the United States District Court for the Central District of California and the United States Bankruptcy Court for the Central District of California. *Id.* at 1–2. For good cause shown, Mr. Tu's motion is **GRANTED** subject to the following:

- No later than March 25, 2021, Mr. Tu must file a certification that he has completed the CM/ECF tutorial and is familiar with the Electronic Case Filing Procedures and the Civil Menu E-Filing Categories and Events.
- Mr. Tu is not authorized to file electronically until said certification is filed within the timeframe specified above.
- Upon timely filing of the certification, Mr. Tu shall contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

IT IS SO ORDERED.

Dated: March 11, 2021

                                                                                                              Nancy J. Koppe
                                                                                                              United States Magistrate Judge