UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TONY NGUYEN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>　　　　Defendants. | Case No. 2:21-cv-00134-GMN-NJK<br><br>**ORDER**<br><br>[Docket Nos. 15, 24, 30] |

　　　　Pending before the Court are Plaintiff's motions for sanctions against Andrew Weiss, on behalf of Defendant Law Offices of Andrew Weiss ("Defendant"), and motion to strike Defendant's certificate of interested parties, motion for preliminary injunction, motion to dismiss, and exhibits attached to Defendant's motion for preliminary injunction and motion to dismiss. Docket Nos. 15, 24, 30.  On March 5, 2021, Plaintiff filed a notice voluntarily dismissing Defendant from this case.  Docket No. 29.  Accordingly, the Court hereby **DENIES** Plaintiff's motions for sanctions, Docket Nos. 15, 24, and motion to strike, Docket No. 30, as moot.

　　　　IT IS SO ORDERED.

　　　　Dated: March 15, 2021

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1