# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TONY NGUYEN,<br>    Plaintiff,<br>v.<br>ISLAMIC REPUBLIC OF IRAN, et al.,<br>    Defendants. | Case No. 2:21-cv-00134-GMN-NJK<br><br>**ORDER**<br>[Docket No. 43] |

Pending before the Court is Plaintiff's second motion for electronic filing.  Docket No. 43.  Plaintiff is proceeding *pro se* in this case.  *See* Docket.  The Court has discretion to grant or deny a *pro se* party's request to file electronically.  *See* Local Rule IC 2-1(b).

On February 24, 2021, Plaintiff filed his first motion for electronic filing.  Docket No. 17.  On March 11, 2021, the Court issued an order denying Plaintiff's first motion for electronic filing without prejudice.  Docket No. 37.  The Court found that, in a pending motion to dismiss, Hoang Huy Tu, on behalf of Defendant Law Offices of Hoang Huy Tu ("Defendant"), submits, *inter alia*, that Plaintiff is a vexatious litigant.[1]  *See id.*; *see also* Docket No. 33 at 3–7 (motion to dismiss).  Thus, the Court, without expressing any opinion on the merits of Defendant's pending motion to dismiss, denied Plaintiff's first motion for electronic filing until the issues raised by Defendant are resolved.  *See* Docket No. 37.  On March 16, 2021, despite the Court's prior order, Plaintiff filed the instant motion that again requests permission to file electronically.  Docket No. 43.  For the reasons discussed in the Court's order denying Plaintiff's first motion for electronic filing, the Court denies Plaintiff's second motion for electronic filing.

---

[1] Andrew Weiss, on behalf of Defendant Law Offices of Andrew Weiss, presented similar arguments in a motion to dismiss and a motion for preliminary injunction.  *See* Docket Nos. 6, 7.

1

Accordingly, the Court hereby **DENIES** without prejudice Plaintiff's second motion to be permitted to file electronically. Docket No. 43.

IT IS SO ORDERED.

Dated: March 18, 2021

Nancy J. Koppe
United States Magistrate Judge