# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TONY NGUYEN, | Case No.: 2:21-cv-00134-GMN-NJK |
| Plaintiff, | **ORDER** |
| v. | (Docket No. 41) |
| ISLAMIC REPUBLIC OF IRAN, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's motion for ADA accommodation. Docket No. 41. Plaintiff submits, without elaboration, that he needs "ADA accommodations." *Id*. at 3. Plaintiff attaches some letters from his doctors; however, not all of the letters are fully legible and some of them state that he is in need of certain physical accommodations that do not implicate this case. *Id*. at 4-8. Further, Plaintiff fails to include points and authorities. *See* LR 7-2(d). The Court, therefore, cannot discern what relief Plaintiff requests.

Accordingly, the Court **DENIES** without prejudice Plaintiff's motion for ADA accommodation. Docket No. 41.

IT IS SO ORDERED.

DATED: March 25, 2021.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

1