# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TONY NGUYEN,<br><br>    Plaintiff,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>    Defendants. | Case No. 2:21-cv-00134-GMN-NJK<br><br>**ORDER** |

To date, the parties have not filed a joint stipulated discovery plan as required by Local Rule 26-1(a).  The parties are hereby **ORDERED** to file a joint proposed discovery no later than April 16, 2021.

IT IS SO ORDERED.

Dated: April 9, 2021

_____
Nancy J. Koppe
United States Magistrate Judge