UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TONY NGUYEN,<br><br>    Plaintiff,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>    Defendants. | Case No. 2:21-cv-00134-GMN-NJK<br><br>**ORDER**<br><br>[Docket No. 82] |

Pending before the Court is Plaintiff's motion to amend the caption of his complaint.[1] Docket No. 82. Plaintiff asks the Court to substitute Defendant The Tu Firm, A Professional Law Corporation dba Law Offices of Hoang Huy Tu in place of Defendant Law Offices of Hoang Huy Tu." *Id.* at 3. Defendants did not file a response, and the time to do so has now passed. *See* Docket. The failure to respond to a motion constitutes a consent to the granting of the motion. LR 7-2(d). Further, in examining the merits of the motion, good cause exists to grant Plaintiff's unopposed request to amend his complaint. *See Middleton v. Human Behavior Inst., Ltd.*, 2017 WL 579896, at *1 n.2 (D. Nev. Feb. 13, 2017) (granting plaintiff's unopposed motion for leave to file an amended complaint to correctly name a defendant).

Accordingly, Plaintiff's motion to amend the caption of his complaint, Docket No. 82, is hereby **GRANTED**. The Clerk's Office is **INSTRUCTED** to substitute Defendant The Tu Firm, A Professional Law Corporation dba Law Offices of Hoang Huy Tu in place of Defendant Law Offices of Hoang Huy Tu.

IT IS SO ORDERED.

Dated: June 10, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The Court liberally construes Plaintiff's filing, as he is proceeding *pro se*. *See Erickson v. Pardus*, 551 U.S. 89, 94 (2007).