# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TONY NGUYEN,

    Plaintiff,

v.

ISLAMIC REPUBLIC OF IRAN, et al.,

    Defendants.

Case No. 2:21-cv-00134-GMN-NJK

**ORDER**

[Docket No. 110]

    Pending before the Court is Defendants' motion to strike. Docket No. 110. No response is needed. The motion is properly resolved without a hearing. *See* LR 78-1.

    The Court has authority to strike an improper filing under its inherent power to control its docket. *See, e.g.*, *Ready Transp., Inc. v. AAR Mfg., Inc.*, 627 F.3d 402, 404 (9th Cir. 2010). "Motions to strike under the [Court's] inherent power . . . are wholly discretionary." *Jones v. Skolnik*, 2015 WL 685228, at *2 (D. Nev. Feb. 18, 2015). In deciding whether to exercise that discretion, courts consider whether striking the filing would "further the overall resolution of the action," and whether the filer has a history of excessive and repetitive filings that have complicated proceedings. *Id.* Courts are reluctant to strike material without some showing of prejudice by the moving party. *Cf. Roadhouse v. Las Vegas Metro. Police. Dep't*, 290 F.R.D. 535, 543 (D. Nev. 2013) (addressing motion to strike filed pursuant to Fed. R. Civ. P. 12(f)).

    Defendants ask the Court to strike Plaintiff's notice, motion to strike, and motion to amend his complaint. Docket No. 110 at 15; *see also* Docket Nos. 104 (notice), 105 (motion to strike), 106 (motion to amend). Defendants' motion, however, fails to address the standard for striking documents. Courts only address well-developed legal arguments. *See, e.g.*, *Kor Media Grp., LLC v. Green*, 294 F.R.D. 579, 582 n.3 (D. Nev. 2013). Absent any discussion of the relevant legal

standard and the benefit of striking the indicated documents, the Court declines to exercise its discretion to do so.

Accordingly, Defendants' motion to strike, Docket No. 110, is hereby **DENIED**.

IT IS SO ORDERED.

Dated: July 26, 2021

                                                                                              _____
                                                                                              Nancy J. Koppe
                                                                                              United States Magistrate Judge