**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

TONY NGUYEN,

    Plaintiff(s),

v.

ISLAMIC REPUBLIC OF IRAN, et al.,

    Defendant(s).

Case No.: 2:21-cv-00134-GMN-NJK

**Order**

[Docket No. 123]

    Pending before the Court is Plaintiff's motion for permission to file electronically. Docket No. 123. This case is closed. *See* Docket Nos. 118, 119. Accordingly, Plaintiff's motion for permission to file electronically is **DENIED** as moot.

    IT IS SO ORDERED.

    Dated: October 18, 2021

                                                                                                 _____
                                                                                                  Nancy J. Koppe
                                                                                                  United States Magistrate Judge

1